UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID THOMPSON,<br><br>                    Petitioner,<br>    v.<br>JAMES DZURENDA, *et al.*,<br><br>                    Respondents. | Case No. 3:19-cv-00500-MMD-CBC<br><br>ORDER |

Petitioner David Thompson has filed an application to proceed *in forma pauperis* and submitted a petition for a writ of habeas corpus. (ECF Nos. 1, 1-1.) Based on the current information about Petitioner's financial status available to the Court, including any additional information he may have provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

It is therefore ordered that Petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 1) is denied. Petitioner has 30 days from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court. Failure to do so may result in the dismissal of this action. The Clerk of Court is directed to retain the petition, but not file it at this time.

DATED THIS 16th day of October 2019.

                                                    MIRANDA M. DU, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT