UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID THOMPSON,<br><br>    Petitioner,<br>v.<br>JAMES DZURENDA, *et al.*,<br><br>    Respondents. | Case No. 3:19-cv-00500-MMD-CLB<br><br>ORDER |

On October 16, 2019, this Court denied § 2254 petitioner David Thompson's application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty days. (ECF No. 3.) More than the allotted time has elapsed, and Thompson has not paid the filing fee nor contacted the Court about the fee in any way. The Court will thus dismiss the petition without prejudice for failure to comply with this Court's order to pay the filing fee.

The Clerk of Court is directed to detach and file the habeas petition (ECF No. 1-1).

It is therefore ordered that this action is dismissed without prejudice as set forth in this order.

It is further ordered that a certificate of appealability is denied.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 18th day of December 2019.

MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT